UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STANLEY TATE, et ux.

    Plaintiffs

vs.

JOEL SEWCHAND, M.D., et al.

    Defendants

Civil Action No. AW09CV1930

## STIPULATION OF DISMISSAL OF CIVISTA MEDICAL CENTER INC d/b/a CIVISTA MEDICAL CENTER WITH PREJUDICE

The Plaintiff, pursuant to Federal Rule 41(a)(1), hereby stipulates and agrees that all claims against the Defendant Civista Medical Center Inc d/b/a Civista Medical Center are dismissed with prejudice.

Respectfully submitted,

By: _____/s/_____
Stephen J. Hughes, Esquire
TREANOR POPE & HUGHES
29 W. Susquehanna Avenue, Ste 110
Towson, Maryland 21204
*Counsel for Plaintiffs*

By: _____/s/_____
Michele L. Smith/Bar# 012281
ADELMAN, SHEFF & SMITH
180 Admiral Cochrane Drive, Ste 370
Annapolis, MD 21401
*Counsel for Defendant Civista Medical Center, Inc. d/b/a Civista Medical Center*

By: _____/s/_____
Michael E. von Diezelski, Esquire
ADELMAN SHEFF & SMITH, LLC
180 Admiral Cochrane Drive, Suite 370
Annapolis, Maryland 21401
*Counsel for Defendant,*
*Joel Sewchand, M.D., P.C.*

By: _____/s/_____
Andrew J. Spence, Esquire
Hamilton, Altman, Canale & Dillon, LLC
10306 Eaton Place, Suite 200
Fairfax, Virginia 22030
*Counsel for Defendants*
*Arnel C. Castrence, M.D,. and Maryland Healthcare Associates, LLC.*