# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| STANLEY TATE, *et ux.*, | : |
| Plaintiffs, | : |
| vs. | : Case No. 8:09-cv-01930-AW |
| JOEL SEWCHAND, M.D., *et al.* | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

The Plaintiffs, Stanley Tate and Sandra Tate, through their attorneys, Stephen J. Hughes, Esq. and Treanor Pope & Hughes, voluntarily dismiss without prejudice Defendants, Arnel Castrence, M.D. and Maryland Healthcare Associates, LLC, pursuant to Fed. R. Civ. P. 41(a). All parties to bear their own costs.

Respectfully submitted,

TREANOR POPE & HUGHES, P.A.

*/s/ Stephen J. Hughes*
Stephen J. Hughes, Esq.
29 W. Susquehanna Avenue, Suite 110
Towson, MD 21204
*Counsel for Plaintiffs*

ADELMAN, SHEFF & SMITH, LLC

*/s/ Michael von Diezelski* KSS
Michael von Diezelski, Esq.
180 Admiral Cochrane Drive, Suite 180
Annapolis, MD 21401
*Counsel for Defendants Joel Sewchand, M.D. and Joel Sewchand, M.D., P.C.*

Case No. 8:09-cv-01930-AW

HAMILTON ALTMAN CANALE & DILLON, LLC

_____
Andrew J. Spence, Esq.
10306 Eaton Place, Suite 200
Fairfax, VA 22030
*Counsel for Defendant Arnel Castrence, M.D.
And Maryland Healthcare Associates, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Stipulation of Dismissal was electronically served and mailed, first-class, postage prepaid, this _12th_ day of April 2010 to:

Andrew J. Spence, Esquire
Hamilton Altman, Canale & Dillon, LLC
10306 Eaton Place, Suite 200
Fairfax, Virginia 22030
*Counsel for Defendants Arnel Castrence, M.D. and Maryland Health Associates, LLC*

Michael E. von Diezelski, Esquire
Adelman, Sheff & Smith, LLC
180 Admiral Cochrane Drive, Suite 180
Annapolis, MD 21401
*Counsel for Defendant Joel Sewchand, M.D. and
Joel Sewchand, M.D., P.C.*

_____
Stephen J. Hughes

2